CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOE'S JEANS INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIDS JEANS LLC, et al.,<br><br>　　　　Defendants. | CASE NO. CV 11-04562 DDP (JCx)<br><br>**JUDGMENT** |

117360

[PROPOSED] JUDGMENT

In accordance with the parties' Stipulation for Entry of Judgment and Settlement Agreement, dated June 27, 2011,

**IT IS ORDERED AND ADJUDGED** that

1. The Trademark License Agreement dated June 1, 2009 between Joe's Jeans Inc. and Kids Jeans LLC is declared to have been duly and properly terminated on April 12, 2011, and any and all trademark rights referred to therein are thereafter properly within the ownership and control of Joe's Jeans Inc.

2. Except as specified above, no relief or recovery on any claim is awarded, and all parties shall bear their own costs.

**IT IS SO ORDERED.**

Dated:  November 14, 2011

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

117360

[PROPOSED] JUDGMENT