CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOE'S JEANS INC.<br><br>    Plaintiff,<br><br>  v.<br><br>KIDS JEANS LLC, et al.,<br><br>    Defendants. | CASE NO. CV 11-04562 DDP (JCx)<br><br>**JUDGMENT** |

117360

[PROPOSED] JUDGMENT

1  In accordance with the parties' Stipulation for Entry of Judgment and
2  Settlement Agreement, dated June 27, 2011,
3
4  **IT IS ORDERED AND ADJUDGED** that
5  1. The Trademark License Agreement dated June 1, 2009 between Joe's
6  Jeans Inc. and Kids Jeans LLC is declared to have been duly and properly terminated
7  on April 12, 2011, and any and all trademark rights referred to therein are thereafter
8  properly within the ownership and control of Joe's Jeans Inc.
9  2. Except as specified above, no relief or recovery on any claim is awarded,
10 and all parties shall bear their own costs.
11
12 **IT IS SO ORDERED.**
13
14 Dated: November 14, 2011
15 _____
16 HON. DEAN D. PREGERSON
   UNITED STATES DISTRICT JUDGE

117360

[PROPOSED] JUDGMENT